Case 5:20-cv-00247-OLG   Document 21   Filed 12/15/20   Page 1 of 1

FILED
December 15, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SERGIO JUAREZ,<br>    *Plaintiff*<br><br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY<br>INSURANCE COMPANY and VERNON<br>MARSHALL,<br>    *Defendants* | §<br>§<br>§<br>§   CIVIL ACTION NO. 5:20-CV-00247-OLG<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

Having reviewed the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff, Sergio Juarez, and Defendants, Allstate Vehicle and Property Insurance Company and Vernon Marshall, it is hereby **ORDERED** that Plaintiff's causes of action against Defendants are hereby **DISMISSED WITH PREJUDICE** to refilling same. All costs of Court are hereby charged against the party incurring the same.

SIGNED __December 15__, 2020

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE